Dale M. Cendali (*pro hac vice* pending)
dale.cendali@kirkland.com
Joshua L. Simmons (*pro hac vice* pending)
joshua.simmons@kirkland.com
Shanti Sadtler Conway (*pro hac vice* pending)
shanti.conway@kirkland.com
Megan L. McKeown (*pro hac vice* pending)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Sharre Lotfollahi (S.B.N. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONSO RIBEIRO,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., and DOES 1 THROUGH 50,<br><br>Defendants. | CASE NO. 2:18-cv-10412-CJC (RAOx)<br><br>The Honorable Cormac J. Carney<br><br>**DECLARATION OF DALE M. CENDALI, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, SPECIAL MOTION TO STRIKE (ANTI-SLAPP), AND REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint Filed: December 17, 2018<br><br>Hearing Date: April 22, 2019<br>Time: 1:30 p.m.<br>Courtroom: 7C, 350 W. 1st Street |

I, Dale M. Cendali, Esq., declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel of record for Defendant Epic Games, Inc. ("Epic Games"). I am licensed to practice law in the State of New York and my application for admission *pro hac vice* to practice before this Court is currently pending. I submit this declaration in support of Epic Games' motion to dismiss, special motion to strike (anti-SLAPP), and request for judicial notice.

2. Plaintiff's Complaint was filed on December 17, 2018. Dkt. No. 1. The Complaint alleged that Plaintiff was "in the process of registering The Dance with the United States Copyright Office," and that on December 15, 2018, Plaintiff "submitted applications for copyright registrations and assigned Copyright Office case numbers 1-7226013364, I-7226013290, and 1-7225814191." Compl. ¶ 42. The Complaint, however, did not attach a copy of the copyright applications, nor did the Complaint attach the deposit copies depicting the works that Plaintiff submitted to the Copyright Office as its specimens.

3. On December 19, 2018, pursuant to Copyright Office rules and regulations (37 C.F.R. § 202.2(d)(2)(ii)), Epic Games submitted a Litigation Statement Form LS requesting a copy of Plaintiff's pending copyright applications, deposit copies, and any correspondence with the Copyright Office regarding Plaintiff's pending applications.

4. On January 17, 2019, because Epic Games had not yet received any information from the Copyright Office, my partner, Joshua Simmons, e-mailed counsel for Plaintiff requesting those items directly from Plaintiff.

5. On January 18, 2019, the Copyright Office provided Epic Games with a copy of Plaintiff's copyright application forms, but at that time did not provide a copy of the correspondence regarding Plaintiff's applications or the deposit copies.

6. On January 20, 2019, counsel for Plaintiff responded to my partner's

January 17, 2019 e-mail by providing the deposit copies for each of Plaintiff's pending applications. Counsel for Plaintiff did not provide, however, any correspondence with the Copyright Office related to the pending applications.

7. On February 13, 2019, Epic Games received from the Copyright Office copies of the E-File Correspondence related to each of Plaintiff's pending applications. Those materials are referenced and attached below.

## PLAINTIFF'S COPYRIGHT APPLICATION — VARIATION A

8. As part of his copyright application for "The Dance by Alfonso Ribeiro - Variation A" (1-7225814191), Plaintiff submitted to the Copyright Office a copyright application form. A true and correct copy of Plaintiff's copyright application form for "The Dance by Alfonso Ribeiro - Variation A" (1-7225814191) is attached hereto as **Exhibit A**.

9. In connection with his copyright application for "The Dance by Alfonso Ribeiro - Variation A" (1-7225814191), Plaintiff submitted to the Copyright Office as his deposit copy a video of himself performing on *Dancing with the Stars*. A true and correct copy of the deposit copy is attached hereto as **Exhibit B**. In the video, Plaintiff performs different movements. Based on Plaintiff's other copyright applications for his alleged dance, it appears that the only movements at issue occur 54 seconds into the video. For the convenience of the Court, Epic Games has excerpted the relevant portion of the deposit copy into a standalone video attached hereto as **Exhibit C**.

10. Attached hereto as **Exhibit D** is a true and correct copy of the E-File Correspondence with the Copyright Office regarding "The Dance by Alfonso Ribeiro - Variation A" (1-7225814191). As the correspondence shows, in an email to counsel for Plaintiff dated January 17, 2019, the Copyright Office "question[ed] whether the application names the correct author or authors of the work," given its appearance on

DECLARATION OF DALE M. CENDALI, ESQ.   CASE NO. 2:18-CV-10412-CJC (RAOx)
ISO DEFENDANTS' MOTION TO DISMISS,
SPECIAL MOTION TO STRIKE (ANTI-SLAPP),
AND REQUEST FOR JUDICIAL NOTICE          2

*Dancing With the Stars* with a professional dance partner, and requested that Plaintiff "reply with complete and accurate author and claimant information." Epic Games has no information regarding whether Plaintiff has submitted such a reply.

## PLAINTIFF'S COPYRIGHT APPLICATION — VARIATION B

11. As part of his copyright application for "The Dance by Alfonso Ribeiro - Variation B" (1-7226013290), Plaintiff submitted to the Copyright Office a copyright application form. A true and correct copy of Plaintiff's copyright application form for "The Dance by Alfonso Ribeiro - Variation B" (1-7226013290) is attached hereto as **Exhibit E**.

12. In connection with his copyright application for "The Dance by Alfonso Ribeiro - Variation B" (1-7226013290), Plaintiff also submitted to the Copyright Office as his deposit copy a video of himself performing on the *Graham Norton Show*. A true and correct copy of the deposit copy is attached hereto as **Exhibit F**. Based on Plaintiff's other copyright applications for the alleged dance, it appears that the only movements at issue occur 12 seconds into the video. For the convenience of the Court, Epic Games has excerpted the relevant portion of the deposit copy into a standalone video attached hereto as **Exhibit G**.

13. Attached hereto as **Exhibit H** is a true and correct copy of the E-File Correspondence with the Copyright Office regarding "The Dance by Alfonso Ribeiro - Variation B" (1-7226013290). As the correspondence shows, in a letter dated January 22, 2019, the Copyright Office refused registration for Variation B and stated that the "simple routine [] is not registrable as a choreographic work."

## PLAINTIFF'S COPYRIGHT APPLICATION — VARIATION C

14. As part of his copyright application for "The Dance by Alfonso Ribeiro - Variation C" (1-72260133364), Plaintiff submitted to the Copyright Office a

copyright application form. A true and correct copy of Plaintiff's copyright application form for "The Dance by Alfonso Ribeiro - Variation C" (1-72260133364) is attached hereto as **Exhibit I**.

15. In connection with his copyright application for "The Dance by Alfonso Ribeiro - Variation C" (1-72260133364), Plaintiff also submitted to the Copyright Office as his deposit copy a video of himself during the American Century Celebrity Golf Tournament. A true and correct copy of the deposit copy is attached hereto as **Exhibit J**.

16. Attached hereto as **Exhibit K** is a true and correct copy of the E-File Correspondence with the Copyright Office regarding "The Dance by Alfonso Ribeiro - Variation C" (1-72260133364). As the correspondence shows, in a letter dated January 22, 2019, the Copyright Office refused registration for Variation C and stated that the "single dance step is not registrable as a choreographic work."

## *FRESH PRINCE* TV SHOW

17. Plaintiff alleges that he created a dance in 1991 and "performed it on *The Fresh Prince of Bel-Air* during the episode *Will's Christmas Show*." Compl. ¶ 40. That episode is Episode 13 from Season 2. Attached hereto as **Exhibit L** is Disc 3 from the *Complete Second Season of The Fresh Prince of Bel-Air*, which includes Episode 13. At the end of the episode at 23:04, a copyright notice appears. A

Declaration of Dale M. Cendali, Esq. ISO Defendants' Motion to Dismiss, Special Motion to Strike (Anti-SLAPP), and Request for Judicial Notice      Case No. 2:18-cv-10412-CJC (RAOx)

4

1  screenshot of the copyright notice is shown below:



**EPIC GAMES' FORTNITE VIDEO GAME**

18.  Plaintiff alleged that the "Fresh" emote that appears in Epic Games' *Fortnite* video game infringes on his rights.  The *Fortnite* video game is a free-to-play, third-person view battle royale game in which up to 100 players fight to eliminate other players in a shrinking game arena.  The game features an extensive world in which players explore, build, and destroy, and also battle against each other via player-to-player combat.  A true and correct copy of Epic Games' *Fortnite* video game is attached hereto as **Exhibit M**.

19.  Attached hereto as **Exhibit N** is a video clip of the Fresh emote excerpted from *Fortnite*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2019

Dale M. Cendali (*pro hac vice* pending)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorney for Defendant Epic Games, Inc.*

DECLARATION OF DALE M. CENDALI, ESQ.   CASE NO. 2:18-CV-10412-CJC (RAOx)
ISO DEFENDANTS' MOTION TO DISMISS,
SPECIAL MOTION TO STRIKE (ANTI-SLAPP),
AND REQUEST FOR JUDICIAL NOTICE             5

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **DECLARATION OF DALE M. CENDALI, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, SPECIAL MOTION TO STRIKE (ANTI-SLAPP), AND REQUEST FOR JUDICIAL NOTICE** and Exhibits A through N attached thereto with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF.

*/s/ Dale M. Cendali*
Dale M. Cendali